IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GILEAD SCIENCES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| CIPLA LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**GILEAD'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff Gilead Sciences, Inc. hereby moves for leave to file its complaint in this action, and the exhibits thereto, under seal. In support of its Motion, Gilead states as follows:

1. This is an action for patent infringement arising under 35 U.S.C. §§ 271(a)-(c), (e), and 281 relating to Defendant Cipla Limited's filing of an ANDA seeking approval to market a generic version of Gilead's pediatric dosage form of Biktarvy® prior to the expiration of U.S. Patent Nos. 9,708,342 and 10,385,067.

2. Fed. R. Civ. P. 26(c) provides that, for good cause shown, the Court may direct that certain matters be filed under seal. *See also* D. Del. LR 26.2.

3. On or about December 13, 2023, outside counsel for Cipla and Gilead agreed that Cipla would produce the entirety of Cipla's ANDA No. 218766, as well as any accompanying FDA correspondence, to Gilead pursuant to the terms of the protective order governing the ongoing litigation between the parties relating to Cipla's ANDA No. 216914. *See Gilead Sciences, Inc. v. Lupin, Ltd., Laurus Labs Limited, and Cipla Limited*, C.A. No. 22-615 (D. Del.), D.I. 40 (Protective Order). Pursuant to those terms, Cipla produced to Gilead a copy of Cipla's ANDA No. 218766 and accompanying correspondence. The documents Cipla produced are marked "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order in the

ongoing litigation. The documents Cipla produced are cited and quoted from in Gilead's complaint. Gilead therefore seeks leave to file its complaint, and the exhibits thereto, under seal.

4. Gilead will comply with the Court's procedures for filing a public/redacted version of its complaint and exhibits.

For the foregoing reasons, Gilead respectfully requests that it be permitted to file its complaint and exhibits against Cipla under seal. A proposed order is submitted herewith.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | Megan E. Dellinger (#5739) |
| J. Scott McBride | 1201 North Market Street |
| Rebecca T. Horwitz | P.O. Box 1347 |
| Matthew R. Ford | Wilmington, DE  19899 |
| BARTLIT BECK LLP | (302) 658-9200 |
| 54 West Hubbard Street, Suite 300 | jtigan@morrisnichols.com |
| Chicago, IL  60654 | mdellinger@morrisnichols.com |
| (312) 494-4400 |  |
|  | *Attorneys for Plaintiff Gilead Sciences, Inc.* |
| Joseph W. Doman |  |
| Taylor J.S. Kelson |  |
| BARTLIT BECK LLP |  |
| 1801 Wewatta Street, Suite 1200 |  |
| Denver, CO  80202 |  |
| (303) 592-3100 |  |

December 29, 2023