IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GILEAD SCIENCES, INC.                    )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )   C.A. No. _____
                                         )
CIPLA LIMITED,                           )
                                         )
                    Defendant.           )
                                         )

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff Gilead Sciences, Inc. hereby provides the information below with respect to the

deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | On or about November 21, 2023 |
| Date of Expiration of U.S. Patent Nos. 9,708,342: | June 19, 2035 |
| Date of Expiration of U.S. Patent Nos. 10,385,067: | June 19, 2035 |
| Thirty Month Stay Deadline: | On or about May 21, 2026 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff Gilead Sciences, Inc.*

December 29, 2023